IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JUSTIN DEAN MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | )   Civil Action No. 5:12-CV-120-C |

## ORDER

Plaintiff appealed an adverse decision of Defendant Carolyn W. Colvin, Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g) and 1383(c). The United States Magistrate Judge entered a Report and Recommendation. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **REVERSED** and **REMANDED** for further proceedings.

Dated June 21, 2013.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE